FILED
June 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>NICHE FORTUNE,<br><br>    Defendant. | Case No. 2:08CR00376-EJG-08<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __NICHE FORTUNE__, Case No. __2:08CR00376-EJG-08__, Charge __18USC § 1341, 1014__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___ Release on Personal Recognizance

 ___ Bail Posted in the Sum of $___

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

  ✔ (Other)  __Pretrial conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 21, 2010__ at __2:00 pm__.

         By /s/ Gregory G. Hollows
           Gregory G. Hollows
           United States Magistrate Judge

Copy 5 - Court