**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**

**FILED**

MAR 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:    **Niche FORTUNE**
        **Docket Number: 2:08CR00376-08**
        <u>**REQUEST TO CHANGE JUDGMENT AND**</u>
        <u>**SENTENCE TO STATUS CONFERENCE**</u>

Your Honor:

Mr. Fortune is scheduled for Judgment and Sentencing on May 27, 2011. However, he may be called as a witness at the trials of codefendants, and the trial dates have not been set. As such, the government will not be able to fully determine its recommendation until after the remaining defendants have resolved their cases.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing currently set for May 27, 2011, at 10:00 a.m. be changed to a Status Conference.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the presentence report.

Respectfully submitted,

**HUGO ORTIZ**
**United States Probation Officer**

REVIEWED BY:

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated: March 18, 2011
      Sacramento, California

**IT IS SO ORDERED**

3/21/11

1

RE:    Niche Fortune
       Docket Number:  2:08CR00376-08
       <u>REQUEST TO CHANGE JUDGMENT AND</u>
       <u>SENTENCE TO STATUS CONFERENCE</u>


cc:    Clerk, United States District Court
       Russell L. Carlberg, Assistant United States Attorney
       Michael D. Long, Attorney at Law
       Probation Office Calendar Clerk



✓   **Approved**                 _____       _3/21/ 11_
                                 **EDWARD J. GARCIA**
                                 **Senior United States District Judge**        **Date**

___ **Disapproved**