| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RUSSELL L. CARLBERG |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-0376 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CHANGE JUDGMENT AND SENTENCE TO STATUS CONFERENCE |
| NICHE FORTUNE, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Fortune is scheduled for sentencing on May 27, 2011. However, he may be called as a witness at the trial of several co-conspirators in this case. As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin September 12, 2011.

Per agreement with the government and defense counsel, it is respectfully requested that the sentencing, currently set for May 27, 2011, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for October 28, 2011, which is currently the status date set for several cooperating co-defendants.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

1

| | | |
|---|---|---|
| 1 | | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | Date: 5/23/11 | _/s/ Russell L. Carlberg_<br>By: RUSSELL L. CARLBERG |
| 4 | | Assistant United States Attorney |

Date: 5/23/11                    _/s/ Michael Long*_
                                 MICHAEL LONG
                                 Attorney for Defendant Michael Long

## ORDER

For the reasons stated above, the Court **vacates** the sentencing hearing currently set for May 27, 2011. The Court **re-sets** the matter for a status conference on sentencing for October 28, 2011, at 10 a.m.

IT IS SO ORDERED this 23rd day of May, 2011.

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

*Signed with permission.