## LAW OFFICE OF MICHAEL D. LONG
### 901 H Street, Suite 301
### Sacramento, CA 95814
### (916) 447-1920

**October 26, 2011**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street, 13th floor
Sacramento, CA 95814

Re: United States v. Niche Fortune; 08-376 EJG

Dear Ms. Lydon:

In speaking with AUSA Russell Carlberg and USPO Hugo Ortiz, Mr. Ortiz is requesting additional time to draft the pre-sentence report.

We jointly request that the sentencing hearing scheduled for October 28, 2011, at 10:00 a.m. be re-scheduled for February 10, 2012, at 10:00 a.m.

We request that the following dates be set:

Proposed J&S 02/10/2012

Reply, Statement of Non-Opposition 02/03/2012
Motion for Correction of PSR 01/27/2012
PSR filed with Court 01/20/2012
Objections to PSR 01/13/2011
Draft PSR 12/30/2011

Sincerely,
/s/ Michael D. Long
Michael D. Long

cc: USPO Hugo Ortiz and AUSA Russell Carlberg

**FILED**
OCT 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS SO ORDERED
10/26/11