1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO.  S-08-0376 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| NICHE FORTUNE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Fortune is now scheduled for sentencing on March 16, 2012.  Per agreement with the government and defense counsel, it is respectfully requested that the sentencing hearing be **re-set for March 30, 2012 at 10:00 a.m..**  The reason for the continuance is that the government discovered recorded conversations between Mr. Fortune and co-defendant Kesha Haynie and both parties require additional time to analyze them and brief the Court.

BENJAMIN B. WAGNER
United States Attorney

Date: 3/15/12                    */s/ Russell L. Carlberg*
                                 By: RUSSELL L. CARLBERG
                                 Assistant United States Attorney

1

Date: 3/15/12                               /s/ Michael Long*
                                            MICHAEL LONG
                                            Attorney for Defendant Niche Fortune

[PROPOSED] ORDER

For the reasons stated above, the Court **vacates** the sentencing hearing currently set for March 16, 2012. The Court **re-sets** the matter for March 30, 2012, at 10 a.m.

IT IS SO ORDERED.   March 15, 2012

                                            /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            UNITED STATES DISTRICT JUDGE

*Signed with permission.