| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | RUSSELL L. CARLBERG<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-0376 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| NICHE FORTUNE, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Fortune is now scheduled for sentencing on March 16, 2012. Per agreement with the government and defense counsel, it is respectfully requested that the sentencing hearing be **re-set for March 30, 2012 at 10:00 a.m..** The reason for the continuance is that the government discovered recorded conversations between Mr. Fortune and co-defendant Kesha Haynie and both parties require additional time to analyze them and brief the Court.

BENJAMIN B. WAGNER
United States Attorney

Date: 3/15/12                     */s/ Russell L. Carlberg*
                                  By: RUSSELL L. CARLBERG
                                  Assistant United States Attorney

1

Date: 3/15/12            */s/ Michael Long*\*
                                MICHAEL LONG
                                Attorney for Defendant Niche Fortune

### [PROPOSED] ORDER

For the reasons stated above, the Court **vacates** the sentencing hearing currently set for March 16, 2012. The Court **re-sets** the matter for March 30, 2012, at 10 a.m.

IT IS SO ORDERED.    March 15, 2012

                               /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                               UNITED STATES DISTRICT JUDGE

\*Signed with permission.